```
 1 | LAWRENCE G. BROWN
   | Acting United States Attorney
 2 | MATTHEW STEGMAN
   | JILL M. THOMAS
 3 | Assistant U.S. Attorneys
   | 501 I Street, Suite 10-100
 4 | Sacramento, California 95814
   | Telephone: (916) 554-2781
 5
```

**FILED**

MAR 26 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:09-CR-0137 MCE |
|---|---|---|
| Plaintiff, | ) | **ORDER TO SEAL** |
| v. | ) | **(Under Seal)** |
| THOMAS SHERMAN ENDICOTT, | ) | |
| Defendant. | ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jill M. Thomas to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of defendant, THOMAS SHERMAN ENDICOTT or until further order of the Court.

DATED: March 26, 2009

EDMUND F. BRENNAN
United States Magistrate Judge

3