| | |
|---|---|
| 1 | LAWRENCE G. BROWN |
|   | Acting United States Attorney |
| 2 | JILL M. THOMAS |
|   | MATTHEW STEGMAN |
| 3 | Assistant United States Attorneys |
|   | 501 I Street, 10th Floor |
| 4 | Sacramento, California 95814 |
|   | Telephone: (916) 554-2781 |



**FILED**

MAR 3 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. Cr.S-09-137 MCE |
| | ) | |
| Plaintiff, | ) | APPLICATION TO UNSEAL ARREST |
| | ) | WARRANT, INDICTMENT, PETITION TO |
| v. | ) | SEAL, ORDER AND SEALING ORDER; |
| | ) | [PROPOSED] ORDER |
| THOMAS SHERMAN ENDICOTT, | ) | |
| | ) | |
| Defendant. | ) | |

APPLICATION

On March 26, 2009, this Court issued an arrest warrant, petition to seal, order, and sealing order for the captioned matter, and sealed these documents as well as the indictment in this case. Presently, the arrest warrant for Thomas Endicott has been executed and we expect that he will make his first appearance in court on March 31, 2009. The Government

///
///
///
///

respectfully requests that the arrest warrant, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's March 26, 2009, order be unsealed.

DATED: March 30, 2009

                              Respectfully submitted,

                              LAWRENCE G. BROWN
                              Acting United States Attorney

By: _____
      MATTHEW STEGMAN
      Assistant U.S. Attorney

## ORDER

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrant, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's March 26, 2009, order for the captioned matter be UNSEALED.

Date: March 30, 2009

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

2