**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Thomas Endicott

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Thomas Endicott<br><br>  Defendant | Case No.: Cr.S-09-0137-MCE<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:   September 17, 2009<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

### ORDER

**IT IS SO ORDERED.  Good Cause Appearing,** the Status Conference, now set for September 17, 2009 at 9:00 a.m., is continued to November 12, 2009 at 9:00 a.m..  Time is excluded from September 17, 2009 through and including November 12, 2009 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) reasonable time to prepare.

DATED: September 17, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com