FILED
NOV 23 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email:    KarowskyLaw@sbcglobal.net

Attorney for Defendant
Thomas Endicott

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>       vs.<br><br>Thomas Endicott,<br><br>            Defendant | Case No.: Cr.S-09-0137-MCE<br><br>**MOTION FOR ORDER AUTHORIZING THE RELEASE OF THE PRETRIAL SERVICES REPORT, UNDER SEAL, FOR THE PURPOSE OF APPEALING JUDGE ENGLAND'S ORDER DENYING RELEASE ON CONDITIONS TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT AND PROPOSED ORDER**<br><br>Hon. Dale A. Drozd, U.S. Magistrate-Judge |

On September 15, 2009, The Honorable Magistrate-Judge Dale A. Drozd ordered Mr. Endicott released on conditions. Thereafter, the government moved to revoke Magistrate-Judge Drozd's order, which motion was granted by The Honorable Morrison C. England, Jr., United States District Judge, on October 29, 2009. Mr. Endicott remains in custody.

Subsequently, on November 3, 2009, Mr. Endicott filed a Notice of Appeal to the United State Court of Appeal for the Ninth Circuit, appealing Judge England's Order. On November 17, 2009, counsel for Mr. Endicott requested a new briefing schedule based on the fact that the

- 1 -

transcript of the hearing before Judge England would not be ready for a while. On November 19, 2009, the Court of Appeal granted said new briefing schedule so that Mr. Endicott's Memorandum of law and facts in support of his appeal is now due on December 7, 2009.

It is counsel's professional opinion that the Ninth Circuit Court of Appeals should have the Pretrial Services report since it was reviewed by Judge England and relied on, in part, by him in the formulation of his order.

Since the pretrial services report is confidential, it appears necessary for the instant motion to be granted so that the pretrial services report can be submitted as part of the instant appeal by the Pretrial Services Office.

The Court of Appeals for the Ninth Circuit now requires electronic filing of most appeal documents. However, documents requested to be filed under seal and the motions for permission to file a document under seal may not be filed electronically. [United States Court of Appeals for the Ninth Circuit, Administrative Order Regarding Electronic Filing in All Ninth Circuit Cases(11/10/08), Rule 4(a)]. Further, Rule 4(a)(3) provides as follows:

> (3) Sealed Documents & Motions for Permission to File a Document Under Seal. Sealed documents must be filed in paper format and must be accompanied by an electronic (PDF) version (created pursuant to Rule 10(c)) of the document on either CD or DVD. This includes motions for permission to file a document under seal. The motion should state whether the filing party believes the motion to seal itself may be made available to the public or should remain sealed.

I have discussed the Ninth Circuit's requirements with Gina Faubion, a Supervisor in the Pretrial Services office, who has indicated that I should provide the defendant's motion for permission to file the pretrial services report under seal, as per Rule 4(a)(3), above, to the Pretrial

Services Office which will then transmit the pretrial services report(s) and my motion for permission to file it under seal to the Ninth Circuit.

Mr. Endicott further moves this Court for an Order which provides that after consideration by the United States Court of Appeals for the Ninth Circuit, said Pretrial Services reports and the electronic version thereof be returned by the Ninth Circuit Court of Appeals to the files of the Pretrial Services Office for the Eastern District of California and be maintained therein and not kept in any other court file.

Dated: November 20, 2009                                  Respectfully submitted

                                                       **JAN DAVID KAROWSKY**
                                                      Attorney at Law
                                                      A Professional Corporation

                                                      /s/ Jan Karowsky
                                                      By: Jan David Karowsky
                                                      Attorney for Defendant
                                                      Thomas Endicott

## ORDER (PROPOSED)

**GOOD CAUSE APPEARING**, it is hereby ordered that the Pretrial Services Office for the United States District Court for the Eastern District of California provide a copy of the pretrial services detention hearing report regarding Thomas Endicott and any supplemental reports which were presented to United States Magistrate-Judge Dale A. Drozd and or United

States District Court Judge Morrison C. England, Jr. and that said reports be provided, under seal, pursuant to the provisions of the Administrative Order Regarding Electronic Filing in All Ninth Circuit Cases(11/10/08), Rules 4(a) and 4(a)(3) as detailed in the within motion, for inclusion in the record for the instant appeal for consideration by the Court of Appeals.

FURTHER, it is ordered that after said consideration by the United States Court of Appeals for the Ninth Circuit, said report(s) and any electronic versions thereof, are to be returned to the files of the Pretrial Services Office for the Eastern District of California and maintained therein and are not to be kept in any other court file.

**IT IS SO ORDERED.**

Dated: November __23__, 2009      _Dale A. Drozd_
                                                  **DALE A. DROZD**
                                                  United States Magistrate-Judge