**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Thomas Endicott

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,         ) | Case No.: Cr.S-09-0137-MCE |
|                                   ) | |
|       Plaintiff,                  ) | **ORDER TO CONTINUE STATUS** |
|                                   ) | **CONFERENCE** |
|    vs.                            ) | |
|                                   ) | |
| Thomas Endicott                   ) | DATE:   January 28, 2010 |
|                                   ) | TIME:   9:00 a.m. |
|       Defendant                   ) | JUDGE: Hon. Morrison C. England, Jr. |

## ORDER

**IT IS SO ORDERED.  Good Cause Appearing,** the Status Conference, now set for January 28, 2010 at 9:00 a.m., is continued to March 25, 2010 at 9:00 a.m..  Time is excluded from January 28, 2010 through and including March 25, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) reasonable time to prepare.

DATED: January 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -