**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Thomas Endicott

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Thomas Endicott<br><br>　　　　Defendant | Case No.: Cr.S-09-0137-MCE<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　March 25, 2010<br>TIME:　9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

**IT IS SO ORDERED. Good Cause Appearing,** and based on the Stipulation of the parties, the Status Conference, now set for March 25, 2010 at 9:00 a.m., is continued to June 24, 2010 at 9:00 a.m.. Time is excluded from March 25, 2010 through and including June 24, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) reasonable time to prepare.

Dated: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -