**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Thomas Endicott

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-09-0137-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| Thomas Endicott, | DATE:   June 24, 2010 |
| Defendant | TIME:   9:00 a.m. |
| | JUDGE: Hon. Morrison C. England, Jr. |

## FACTUAL SUMMARY

Counsel for Defendant needs a significant amount more time to review and organize the discovery, for ongoing investigation, and to obtain additional information from a number of other sources. Therefore, it is requested that the Status Conference set for June 24, 2010 be continued to September 16, 2010 at 9:00 a.m.. I have spoken to the prosecuting AUSA's Jill Thomas and Matthew Stegman, who have no opposition to this request. In fact, they have agreed that I may sign their names to this request.

**STIPULATION**

Plaintiff, United States, and Defendant, Thomas Endicott, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to September 16, 2010 at 9:00 a.m. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of June 24, 2010, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) in order to give Counsel for the Defendant reasonable time to prepare.

**IT IS SO STIPULATED.**

DATED:      June 22, 2010                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Jill Thomas by Jan Karowsky
                                             With her permission
                                       by
                                             Jill Thomas
                                             Assistant U.S. Attorney
                                             by Jan David Karowsky

DATED:      June 22, 2010                    BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Matthew Stegman by Jan Karowsky
                                             With his permission
                                       by
                                             Matthew Stegman
                                             Assistant U.S. Attorney
                                             by Jan David Karowsky

DATED:      June 22, 2010                    JAN DAVID KAROWSKY
                                             Attorney at Law
                                             A Professional Corporation

                                             /s/ Jan Karowsky
                                       by
                                             JAN DAVID KAROWSKY
                                             Attorney for Defendant
                                             Thomas Endicott

1
## ORDER

**IT IS SO ORDERED.  Good Cause Appearing,** the Status Conference, now set for June 24, 2010 at 9:00 a.m., is continued to September 16, 2010 at 9:00 a.m..  Time is excluded from June 24, 2010 through and including September 16, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) reasonable time to prepare.

DATED: June 22, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE