BENJAMIN B. WAGNER
United States Attorney
MATTHEW STEGMAN
JILL M. THOMAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>THOMAS SHERMAN ENDICOTT,<br><br>              Defendant. | CASE NO. 2:09-cr-00137 MCE<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING NAMES AND PERSONAL IDENTIFYING INFORMATION |

     Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties stipulate and agree, and respectfully request that the Court order that:

     1.    All discovery provided by the government to the defense attorneys shall be subject to this protective order.

     2.    Certain of the documents contained in the government's discovery production contain names and personal identifying information of individuals (hereinafter, the "Protected Material").  Such personal identifying information may include, but is not limited to, names, addresses, telephone

1

1   numbers, driver's license numbers, social security numbers
2   and financial account numbers.  Any pages of discovery that
3   contain no personal identifying information are not subject
4   to this order.
5  3. The Protected Material is now and will forever remain the
6   property of the United States.  The Protected Material is
7   entrusted to counsel for each defendant only for purposes
8   of representation in this case.
9  4. Counsel for each defendant shall not give Protected
10   Material or any copy of Protected Material to any person
11   other than counsel's staff, investigator, or retained
12   expert(s).  The terms "staff," "investigator," and "expert"
13   shall not be construed to describe any defendant or other
14   person not either regularly employed by counsel or a
15   licensed investigator or expert hired in this case.
16 5. Any person receiving Protected Material or a copy of
17   Protected Material from counsel for any defendant shall be
18   bound by the same obligations as counsel and further may
19   not give the Protected Material to anyone (except that the
20   Protected Material shall be returned to counsel).
21 6. Counsel shall maintain a list of persons to whom any
22   Protected Material, or copies thereof, have been given.
23   Such persons shall be shown a copy of this Stipulation and
24   Order and shall sign a copy of the Stipulation and Order
25   and note that they understand its terms and agree to them.
26 7. The defendants in this case may review the Protected
27   Material and be aware of its contents, but shall not be
28   given control of the Protected Material or any copies

|     |     |                                                                                         |
| --- | --- | --------------------------------------------------------------------------------------- |
| 1   |     | thereof.  Notwithstanding the foregoing, counsel are                                    |
| 2   |     | permitted to provide each defendant with copies of                                      |
| 3   |     | documents otherwise classifiable as Protected Material so                               |
| 4   |     | long as counsel completely redact <u>all</u> personal identifying                        |
| 5   |     | information from those documents prior to providing them to                             |
| 6   |     | a defendant.                                                                            |
| 7   | 8.  | The foregoing notwithstanding, after the Trial Confirmation                             |
| 8   |     | Hearing in this case, counsel, staff, and investigator for                              |
| 9   |     | any defendant who has confirmed for trial may make copies                               |
| 10  |     | of the Protected Material for trial preparation and                                     |
| 11  |     | presentation.  Any copies must, however, remain in the                                  |
| 12  |     | possession of counsel, staff, investigator, expert or the                               |
| 13  |     | Court.                                                                                  |

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: September 13, 2010    /s/ Matthew Stegman
                            MATTHEW STEGMAN
                            Assistant U.S. Attorney

DATE: September 13, 2010    /s/ Jill M. Thomas
                            JILL M. THOMAS
                            Assistant U.S. Attorney

DATE: September 13, 2010    /s/ Jan Karowsky
                            JAN KAROWSKY
                            Attorney for THOMAS SHERMAN ENDICOTT

**IT IS SO ORDERED:**

DATED: Sept. 13, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE