**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Thomas Endicott

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,            ) | Case No.: Cr.S-09-0137-MCE |
| Plaintiff,            ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs.            ) | |
| Thomas Endicott,            ) | DATE:   September 16, 2010 |
| Defendant            ) | TIME:   9:00 a.m. |
| | JUDGE:  Hon. Morrison C. England, Jr. |

## FACTUAL SUMMARY

Counsel for Defendant needs a significant amount more time to review and organize the discovery, for ongoing investigation, and to obtain additional information from a number of other sources.  Further, counsel for Defendant has just learned the prosecution has additional discovery which it will be producing shortly.  It is requested that the Status Conference set for September 16, 2010 be continued to December 16, 2010 at 9:00 a.m..  I have spoken to prosecuting AUSA Jill Thomas who has no opposition to this request.  In fact, she has agreed that I may sign her name to this request.

# STIPULATION

Plaintiff, United States, and Defendant, Thomas Endicott, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to December 16, 2010 at 9:00 a.m. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of September 16, 2010, the original date set for the Status Conference, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) in order to give Counsel for the Defendant reasonable time to prepare.

**IT IS SO STIPULATED.**

DATED:     September 14, 2010          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Jill Thomas by Jan Karowsky
                                        With her permission
                                 by
                                        Jill Thomas
                                        Assistant U.S. Attorney
                                        by Jan David Karowsky

DATED:     September 14, 2010          JAN DAVID KAROWSKY
                                        Attorney at Law
                                        A Professional Corporation

                                        /s/ Jan Karowsky
                                 by
                                        JAN DAVID KAROWSKY
                                        Attorney for Defendant
                                        Thomas Endicott

**ORDER**

**IT IS SO ORDERED.  Good Cause Appearing,** the Status Conference, now set for September 16, 2010 at 9:00 a.m. is continued to December 16, 2010 at 9:00 a.m..  Time is excluded from September 16, 2010 through and including December 16, 2010 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv), reasonable time to prepare.

DATED: September 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE