**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Thomas Endicott

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Thomas Endicott,<br><br>      Defendant | Case No.: Cr.S-09-0137-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:   December 16, 2010<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

## FACTUAL SUMMARY

Counsel for Defendant needs a significant amount more time to review and organize the discovery, for ongoing investigation, and to obtain additional information from a number of other sources. Further, as the Court is aware, counsel for defendant hired a paralegal to prepare a needed database. Unexpectedly and tragically, that person passed away. Counsel found and hired a new paralegal to perform the work. Unfortunately, we have been delayed by this situation.

1  The new paralegal is working as fast and efficiently as she can. However, at this
2  moment, because of the magnitude of the evidence and data in this case, she does not know when
3  she will have the project completed.

4  Therefore, it is requested that the Status Conference set for December 16, 2010 be
5  continued to February 24, 2011 at 9:00 a.m.. On that date, the hope and expectation is I will
6  have a more realistic view of when I will be ready for trial. The expectation then is to set the
7  case for trial in late September, 2011. I have spoken to prosecuting AUSAs Jill Thomas and
8  Matthew Stegman who have no opposition to this request. In fact, they have agreed that I may
9  sign each of their names to this request.

## STIPULATION

Plaintiff, United States, and Defendant, Thomas Endicott, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to February 24, 2011 at 9:00 a.m. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of December 16, 2010, the original date set for the Status Conference, to February 24, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) in order to give Counsel for the Defendant reasonable time to prepare.

**IT IS SO STIPULATED.**

DATED:     December 14, 2010          BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Jill Thomas by Jan Karowsky
                                       With her permission
                                by
                                       Jill Thomas
                                       Assistant U.S. Attorney
                                       by Jan David Karowsky

| | | |
|---|---|---|
| DATED: | December 14, 2010 | BENJAMIN B. WAGNER<br>United States Attorney |
| | | /s/ Matthew Stegman by Jan Karowsky<br>With his permission |
| | by | |
| | | Matthew Stegman<br>Assistant U.S. Attorney<br>by Jan David Karowsky |
| DATED: | December 14, 2010 | JAN DAVID KAROWSKY<br>Attorney at Law<br>A Professional Corporation |
| | | /s/ Jan Karowsky |
| | by | |
| | | JAN DAVID KAROWSKY<br>Attorney for Defendant<br>Thomas Endicott |

### **ORDER**

**IT IS SO ORDERED.  Good Cause Appearing,** the Status Conference, now set for December 16, 2010 at 9:00 a.m. is continued to February 24, 2011 at 9:00 a.m..  Time is excluded from December 16, 2010 through and including February 24, 2011 in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv), reasonable time to prepare.

DATED: December 14, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE