```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW STEGMAN
    JILL M. THOMAS
 3  Assistant United States Attorneys
    501 I Street, 10th Floor
 4  Sacramento, California 95814
    Telephone: (916) 554-2781
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CR. NO. 2:09-cr-00137 MCE
                                )
12              Plaintiff,      )  STIPULATION AND ORDER VACATING
                                )  STATUS CONFERENCE FROM CALENDAR
13       v.                     )  AND SETTING JURY TRIAL
                                )
14  THOMAS SHERMAN ENDICOTT,    )  Date:  February 17, 2011
                                )  Time:  9:00 a.m.
15              Defendant.      )  Court: Morrison C. England
                                )
16  _____)
```

17     The parties, through their undersigned counsel, hereby stipulate
18 and agree that the status conference scheduled for February 17, 2011
19 may be vacated and that a jury trial be scheduled for November 7,
20 2011.

21     The defendant's attorney, Jan Karowsky, is in a murder and
22 attempted murder trial in State Court before Judge Helena Gweon in
23 Department 27.  They're in the process of picking a jury.  It is
24 anticipated that Mr. Karowsky will be in trial for the next four
25 weeks.  Mr. Karowsky will not be available for the status conference
26 that is scheduled this Thursday, February 17, 2011, because he will
27 be in trial.
28 ///

1

1  Mr. Karowsky has spoken to his client, and the defendant agrees to
2  waive his appearance, exclude time, and set the case for trial
3  November 7, 2011.  Defendant agrees to exclude time up to that date.
4  The parties also stipulate to set a trial confirmation hearing date
5  for October 13, 2011.
6      Mr. Karowsky stipulates that he and his paralegal are still
7  reviewing and organizing for trial a voluminous amount of discovery
8  and evidence and they need the time between March 17, 2011 and
9  November 7, 2011, in order to effectively prepare for trial.
10     For purposes of computing the date under the Speedy Trial Act by
11 which defendant's trial must commence, the parties agree that the time
12 period of February 17, 2011 through November 7, 2011, inclusive,
13 should be excluded pursuant 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code
14 T4 due the interest of justice to allow the counsel for the defense
15 the reasonable time necessary for effective preparation.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  February 15, 2011           /s/ Matthew Stegman
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney

Dated: February 15, 2011            /s/ Jan Karowsky
                                    JAN DAVID KAROWSKY
                                    Attorney for Defendant
                                    Thomas Endicott
```

ORDER

The February 17, 2011 Status Hearing is vacated. A Trial Confirmation Hearing is set for October 13, 2011 at 9:00 a.m. in Courtroom 7 and a Jury Trial is set for November 7, 2011 at 9:00 a.m. in Courtroom 7.

Dated: February 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3