**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Thomas Endicott

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 2:09-cr-00137-MCE |
| Plaintiff, | **STIPULATION AND ORDER TO RE-SET DATE FOR TRIAL** |
| v. | |
| Thomas Endicott, | **JUDGE:** Hon. Morrison C. England, Jr. |
| Defendant | |

## FACTUAL SUMMARY

On February 22, 2011, the parties set the above-captioned matter for jury trial on November 7, 2011. Counsel for Mr. Endicott made a mistake in suggesting the date of November 7, 2011. I did not realize that my paralegal and the second attorney I am seeking to have appointed to assist in representing Mr. Endicott would not be available until late November, 2011.

Immediately upon learning of my mistake, I contacted the government. It was agreed upon that contact that we would request the Court to re-set the matter for trial in late November, 2011, in order to accommodate my trial needs.

- 1 -

**STIPULATION**

Plaintiff, United States, and Defendant, Thomas Endicott, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for trial in this matter from November 7, 2011 to November 28, 2011 at 9:00 a.m. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of February 17, 2010, the date of the last status conference, to November 28, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) in order to give Counsel for the Defendant reasonable time to prepare.

**IT IS SO STIPULATED.**

DATED:   March 21, 2011              BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Jill Thomas by Jan Karowsky
                                     With her permission
                              by
                                     Jill Thomas
                                     Assistant U.S. Attorney
                                     by Jan David Karowsky

DATED:   March 21, 2011              BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ Matthew Stegman by Jan Karowsky
                                     With his permission
                              by
                                     Matthew Stegman
                                     Assistant U.S. Attorney
                                     by Jan David Karowsky

DATED:   March 21, 2011              JAN DAVID KAROWSKY
                                     Attorney at Law
                                     A Professional Corporation

                                     /s/ Jan Karowsky
                              by
                                     JAN DAVID KAROWSKY
                                     Attorney for Defendant
                                     Thomas Endicott

# **ORDER**

**IT IS SO ORDERED.  Good Cause Appearing,** the jury trial, now set for November 7, 2011 at 9:00 a.m., is re-set to November 28, 2011 at 9:00 a.m.  Time is excluded from February 17, 2011 through and including November 28, 2011  in the interests of justice pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) for reasonable time to prepare.

DATED:  March 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE