PETER KMETO
Attorney at Law
State Bar No. 78827
1007 Seventh Street, Suite 100
Sacramento, CA 95814
(916) 444-7420; FAX: (916) 441-6714

Attorney for: THOMAS ENDICOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THOMAS ENDICOTT,<br><br>　　　　Defendant. | No. CR-S-09-137 MCE<br><br>STIPULATION AND ORDER CONTINUING JURY TRIAL |

　　　Defendant: THOMAS ENDICOTT, through his attorneys: JAN KAROWSKY and PETER KMETO; and the United States of America, through its counsel of record, JILL THOMAS, stipulate and agree to the following:

　　　1. The presently scheduled Trial Confirmation Hearing date of October 13, 2011 and Jury Trial date of November 28, 2011 shall be vacated and be rescheduled for February 2, 2012 at 9:00 (for Trial Confirmation Hearing) and March 5, 2012 at 9:00 a.m. (for Jury Trial).

　　　2. Both parties have been diligently accumulating/organizing/dispersing/ and converting voluminous discovery which was generated in the prior state prosecution of this case, to a useable digital format.  However, both parties require more time to complete the task and bring the case up to trial readiness status.

3. Defendant, in particular, requires more time to prepare due to the unforeseen and untimely death of his investigator, DAVID KRAFT. A new investigator, KEVIN HOWLAND, has been installed in Mr. KRAFT's place and stead, however, Mr. HOWLAND will need further time to complete the required defense investigation.

4. The parties are actively involved in settlement negotiations. Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S. C. §3161(h)(7)(A) [Local Code T4] – additional time to adequately prepare for trial. Further, the parties stipulate that the interests of justice outweigh the Defendant's and public's interest in a speedy trial.

IT IS SO STIPULATED.

Dated:  September 28, 2011          /s/ JILL THOMAS
                                    Assistant U.S. Attorney
                                    for the Government


Dated:  September 28, 2011          /s/  PETER KMETO
                                    Attorney for Defendant
                                    THOMAS ENDICOTT

- 2 -

# ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties, it is ordered that the Trial Confirmation Hearing currently scheduled for October 13, 2011 and Jury Trial date of November 28, 2011 be vacated AND, that both be continued to February 2, 2012 at 9:00 (for Trial Confirmation Hearing) and March 5, 2012 at 9:00 a.m. (for Jury Trial).

The Court finds excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule T-4 until March 5, 2012 for continuity of defense counsel and time to permit defense counsel to prepare and properly advise his client. The interests of justice outweigh the Defendant's and public's interest in a speedy trial.

IT IS SO ORDERED.

Dated: September 30, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE